

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Michael D. Menefee, Appellant

No. 06-20-00101-CR        v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 32,636-A).  Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the order denying the appellant's Chapter 64 motion.  We affirm the order of the trial court.

We note that the appellant, Michael D. Menefee, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 22, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk